RICHARD J. IDELL (SBN 69033)
OWEN SEITEL (SBN 137365)
IDELL & SEITEL LLP
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

Attorneys for Plaintiff Falcon Foto, LLC

BY:

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

10 AUG 30 PM 12: 00

FILED

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**CV10  6469  CAS  (JCx)**

FALCON FOTO, LLC, a California limited
liability company,

Plaintiff,

v.

DOMAIN MANAGEMENT SERVICES LLC, an
Arizona limited liability company; I.C.G. –
INTERNET COMMERCE GROUP INC., an
Arizona corporation; and DOES 1 – 1,000,
inclusive,

Defendants.

CASE NO.:

**COMPLAINT FOR:**

1. **COPYRIGHT INFRINGEMENT;**
2. **INDUCEMENT OF COPYRIGHT INFRINGEMENT;**
3. **CONTRIBUTORY COPYRIGHT INFRINGEMENT;**
4. **VICARIOUS COPYRIGHT INFRINGEMENT;**
5. **INVASION OF PRIVACY – APPROPRIATION OF PERSON'S NAME OR LIKENESS UNDER COMMON LAW; AND**
6. **INVASION OF PRIVACY – APPROPRIATION OF PERSON'S NAME AND LIKENESS FOR A COMMERCIAL PURPOSE [CAL. CIV. CODE §3344]**

**DEMAND FOR JURY TRIAL**

COMES NOW, Plaintiff FALCON FOTO, LLC, a California limited liability company ("Plaintiff" or "Falcon"), and brings this action against DOMAIN MANAGEMENT SERVICES LLC, an Arizona limited liability company ("DMS"); I.C.G. – INTERNET COMMERCE GROUP INC., an Arizona corporation ("ICG"); and DOES 1 – 1,000, inclusive, and alleges as follows:

## I.   JURISDICTION AND VENUE

1.   This Court has jurisdiction over this matter.  This is a civil action seeking injunctive

1
COMPLAINT

1    relief and damages for copyright infringement under the copyright laws of the United States, 17 U.S.C.

2    §101 *et seq.*, and for unfair business practices.  Jurisdiction is conferred upon this Court by 28 U.S.C.

3    §1331 and 1338.

4         2.    This Court has subject matter jurisdiction of this action pursuant to 28 U.S.C. § 1331

5    and 28 U.S.C. § 1338(a) and (b), and supplemental jurisdiction of the state law claims pursuant to 28

6    U.S.C. § 1367(a).

7         3.    This Court has personal jurisdiction over each of the Defendants. The Defendants

8    solicit, transact and are doing business within the State of California; have committed unlawful and

9    tortious acts both within and outside the State of California causing injury in California and within this

10   judicial district; and are regularly doing or soliciting business or engaging in a persistent course of

11   conduct in the State of California. Plaintiff's claims arise out of the conduct that gives rise to personal

12   jurisdiction over Defendants.

13        4.    This Court has personal jurisdiction over Defendants because Defendants purposefully

14   availed themselves of the privilege of acting or causing consequences in the Central District of

15   California.  The infringement arises from Defendants' activities in the Central District of California

16   and the acts and the consequences caused by Defendants have a substantial enough connection with

17   the Central District of California to make the exercise of jurisdiction over them reasonable.  Plaintiff is

18   informed and believes that this case is properly filed in the Central Division because Defendants do

19   business in Sylmar, California.

20        5.    Venue is proper in this District under 28 U.S.C. § 1400(a) because Defendants solicit

21   and do business in this District and Defendants' unlawful activities, as alleged herein, were committed,

22   or had a substantial impact in the Central District of California where Plaintiff resides and does

23   business.

## II.    INTRODUCTORY STATEMENT

25        6.    This is an action by Plaintiff, FALCON FOTO, LLC, to recover damages arising from

26   the infringement of Plaintiff's copyrights and other intellectual property rights by the Defendants.

27   Among other things, the Defendants copied, published, distributed, sold and publicly displayed

28   Plaintiff's copyrighted works (the "Works"), and prepared derivative works based upon the Works, on

and through the following URLs:

      a.    http://www.celebritycash.com;

      b.    http://www.xxxcash.com;

      c.    http://www.malestars.com;

      d.    http://www.malecelebs.com;

      e.    http://www.MaleCelebrities.com;

      f.    http://www.icelebonline.com;

      g.    http://www.xahead.com; and

      h.    http://www.celebritycashrocks.com. The domains listed in this Paragraph 6 (a) through (h) are hereafter collectively referred to as the "Defendants' Domains."

7.     As set forth in more detail below, on information and belief, each of the Defendants' Domains is part of an elaborate affiliate marketing program owned by Defendant DMS and run by Defendant ICG.

8.     On information and belief, the owners and operators of Defendant DMS and Defendant ICG are one in the same.  On information and belief, through a series of various entities, Defendant DMS and Defendant ICG are owned and operated, either primarily or entirely, by two individuals: John Goodson and Salvatore Abbate.  A flowchart illustrating the commonalities between these two Defendants is attached hereto as Exhibit "A" and incorporated herein by this reference.

9.     On information and belief, as of February 26, 2010, the Plaintiff's copyrighted Works appear on the Defendants' Domains in *over 100 unique instances*, as further set forth below.

### III.     THE PLAINTIFF

10.    Plaintiff FALCON FOTO, LLC, a California limited liability company ("Plaintiff" or "Falcon"), is a limited liability company duly organized and existing under the laws of the State of California, with its principal place of business in Sylmar, California. Plaintiff is engaged in the business of, *inter alia*, distributing audiovisual and pictorial works.

### IV.     THE DEFENDANTS

11.    Plaintiff is informed and believes and on that basis alleges that Defendant DOMAIN MANAGEMENT SERVICES LLC ("DMS") is a limited liability company organized under the laws

1  of the State of Arizona. According to various "whois" database searches, the Registrant (*i.e.*, owner)

2  of each of the Defendants' Domains is DMS, with a listed mailing address of: C/Sant Miquel, 30 ? 3§

3  L, Palma de Mallorca, Mallorca 07002, Spain (question mark and section symbol appear in the listed

4  address). Although the Registrant address listed in the Defendants' Domains whois searches is in

5  Mallorca, Spain, it is, on information and belief, Defendant DMS that is the registrant/owner of the

6  Defendants' Domains and is engaged in the business of, *inter alia*, distributing and licensing

7  photographic images, video works and website designs on the Internet, and through licensing and

8  direct sales.

9      12.    Plaintiff is informed and believes and on that basis alleges that Defendant I.C.G. –

10  INTERNET COMMERCE GROUP INC. ("ICG") is a corporation incorporated under the laws of the

11  State of Arizona with its principal place of business located at c/o Goodson Manley Forakis PLC, 340

12  East Palm Lane, #300, Phoenix, Arizona 85004. According to Tucows Domains

13  http://tucowsdomains.com/, the Registrar of the Defendants' Domains, ICG is the Domain Provider for

14  each of the Defendants' Domains. On information and belief, ICG operates and runs the Defendants'

15  Domains and is engaged in the business of, *inter alia*, distributing and licensing photographic images,

16  video works and website designs on the Internet, and through licensing and direct sales.

17      13.    Plaintiff is informed and believes and, on that basis, alleges that various persons and

18  entities, whose names are presently unknown to Plaintiff, participated in and are liable for the

19  wrongful acts set forth herein. Those persons and entities are named herein as DOES 1 through 1,000,

20  inclusive. Plaintiff will seek leave of court to amend the Complaint to add such persons and entities as

21  Defendants and to allege the exact nature of their wrongful conduct when such information has been

22  ascertained. Plaintiff is informed and believes and thereupon alleges that such unknown persons and

23  entities are engaged, *inter alia*, in the illegal and unauthorized publication and distribution of the

24  copyrighted Works that are the subject of this action.

25      14.    Plaintiff is informed and believes and, on that basis, alleges that, in connection with the

26  acts set forth herein, each of the Defendants acted willingly, intentionally, and knowingly, both for

27  himself, herself, or itself, and in concert with certain other Defendants, and that certain of the

28  Defendants acted as an agents for each other Defendants, and were at all times acting within the course

1   and scope of such agency, with the consent, authorization and/or ratification of the other Defendants,

2   and in furtherance of a common scheme to infringe the copyrights and other valuable rights of

3   Plaintiff.

4       15.   Plaintiff is informed and believes and on that basis alleges that certain of the

5   Defendants are the alter ego of other Defendants as follows:

6       a.   Plaintiff is informed and believes and thereon alleges that Defendant DMS, an

7   Arizona limited liability company, and an as yet undetermined number of the other Defendants and

8   Doe Defendants, and each of them, wholly own and control each other, that said individual Defendants

9   are the sole stockholders, officers, and directors of Defendant business entity, that Defendant business

10   entity is so controlled by said individual Defendants that the monies of Defendant business entity and

11   of the individual Defendants are commingled and intermingled; that there is a unity of ownership and

12   interest between them; that the credit of one is used for the credit of the other; that the obligations of

13   the individual Defendants are paid by the business entity; that the business entity was formed and

14   capitalized for a sum of money insufficient to meet reasonable requirements of Defendant business

15   entity; that as a result of the foregoing, Defendant business entity is the instrumentality, conduit,

16   adjunct and alter ego of the individual Defendants so as to make said business entity and individuals

17   the instrumentality, conduit, adjunct and alter ego Defendant business entity, and the individual

18   Defendants have managed and controlled said business entity to avoid personal liability and to defraud

19   creditors of the individuals and the business entity and that unless the fiction of the separateness of the

20   individuals from said business entity and from each other is ignored, great injustice will result and

21   fraud will be sanctioned, all to the irreparable damage and injury of Plaintiff, and unless judgment in

22   this action includes said individual Defendants and the corporate Defendant, Plaintiff will be unable to

23   recover and enforce the claims and rights hereinafter referred to.

24       b.   Plaintiff is informed and believes and thereon alleges that Defendant ICG, an

25   Arizona limited liability company, and an as yet undetermined number of the other Defendants and

26   Doe Defendants, and each of them, wholly own and control each other, that said individual Defendants

27   are the sole stockholders, officers, and directors of Defendant business entity, that Defendant business

28   entity is so controlled by said individual Defendants that the monies of Defendant business entity and

1   of the individual Defendants are commingled and intermingled; that there is a unity of ownership and
2   interest between them; that the credit of one is used for the credit of the other; that the obligations of
3   the individual Defendants are paid by the business entity; that the business entity was formed and
4   capitalized for a sum of money insufficient to meet reasonable requirements of Defendant business
5   entity; that as a result of the foregoing, Defendant business entity is the instrumentality, conduit,
6   adjunct and alter ego of the individual Defendants so as to make said business entity and individuals
7   the instrumentality, conduit, adjunct and alter ego Defendant business entity, and the individual
8   Defendants have managed and controlled said business entity to avoid personal liability and to defraud
9   creditors of the individuals and the business entity and that unless the fiction of the separateness of the
10  individuals from said business entity and from each other is ignored, great injustice will result and
11  fraud will be sanctioned, all to the irreparable damage and injury of Plaintiff, and unless judgment in
12  this action includes said individual Defendants and the corporate Defendant, Plaintiff will be unable to
13  recover and enforce the claims and rights hereinafter referred to.

14      16.    Upon information and belief, each affiliate of the Defendants agreed to and acted
15  within combination for the purpose of, *inter alia*, distributing and selling goods and services for the
16  purpose of generating income or other benefit for their mutual and combined benefit.

17      17.    Hereafter, Defendants DMS, ICG and DOES 1-1,000, when not referred to specifically
18  and individually, shall be referred to collectively as "Defendants."

19          V.    **PLAINTIFF'S EXCLUSIVE RIGHTS**

20      18.    At all times material hereto, Plaintiff is and has been the sole and exclusive copyright
21  owner of the following copyrighted works that are the subject matter of this action (collectively, the
22  following registered copyrighted works are referred to herein as the "Works"):

| Registration Number | Title of Work | Author of Work |
|---|---|---|
| VA 1-374-896 | Sizemore_Photo_1 | Falcon Foto, LLC |
| VA 1-374-894 | Sizemore_Photo_2 | Falcon Foto, LLC |
| VA 1-374-895 | Sizemore_Photo_3 | Falcon Foto, LLC |
| VA 1-374-897 | Sizemore_Photo_4 | Falcon Foto, LLC |

| Registration Number | Title of Work | Author of Work |
|---|---|---|
| PA 1-344-286 | Sizemore_Video_1 | Falcon Foto, LLC |
| PA 1-344-299 | Sizemore_Video_2 | Falcon Foto, LLC |
| PA 1-344-300 | Sizemore_Video_3 | Falcon Foto, LLC |
| PA 1-344-285 | Sizemore_Video_4 | Falcon Foto, LLC |
| PA 1-344-280 | Sizemore_Video_5 | Falcon Foto, LLC |

True and correct copies of the copyright registrations for the Works are attached hereto as Exhibit "B" and incorporated herein by this reference.

19.     Plaintiff obtained the rights to the Works, and to the right of publicity of the individual depicted in the Works ("Actor"), pursuant to a Work for Hire Agreement, Assignment of Rights and Release dated June 6, 2005.

20.     The Works consist of adult-themed pictorial and graphic works (those Works beginning with "VA") and audiovisual works (those Works beginning with "PA").

21.     Plaintiff is informed and believes and, on that basis, alleges, that the Works contain wholly original material suitable for copyright protection under the laws of the United States and that the Works are entitled to protection under the Copyright Act of 1976, codified at 17 U.S.C. § 101 *et seq.* (the "Copyright Act").

22.     Under Section 106 of the Copyright Act, Plaintiff FALCON has exclusive, severable and distinct rights to, among other things, reproduce, prepare derivative works, distribute, publicly perform and publicly display its copyrighted works.  17 U.S.C. §§ 106 (1), (2), (3) (4), (5).

23.     Under Section 3344 of the California Civil Code, Plaintiff FALCON has the right to enforce any and all rights of publicity of the individual depicted in the Works.

## VI.      FACTUAL BACKGROUND

24.     This is an action by FALCON FOTO, LLC, a California limited liability company ("Plaintiff" or "Falcon") to recover damages arising from infringement of Plaintiff's copyrights in its Works by Defendants, violations of the right of publicity held by Plaintiff, and Defendants' unfair business practices.  Plaintiff also seeks permanent injunctive relief barring Defendants from future infringement, financial benefit and unfair business practices.

25.     At all times material hereto, Plaintiff is and has been the sole and exclusive copyright owner of the Works that are the subject matter of this action.

26.     Plaintiff is engaged in the business of, *inter alia*, distributing audiovisual and pictorial works.  Plaintiff publishes and distributes its copyrighted Works in various formats, including, but not limited to, Digital Versatile Disc ("DVD"), digital slides of "still" images, Video On Demand, and Internet Webpage designs.

27.     On information and belief, among other things, the Defendants copied, published, distributed, sold and publicly displayed Plaintiff's copyrighted Works, and prepared derivative works based upon the Works, on and through the Defendants' Domains, which are owned and/or controlled by Defendants.

28.     On information and belief, and according to various "whois" database records, the Registrant (*i.e.*, owner) of each of the Defendants' Domains is Defendant DMS.

29.     On information and belief, all of the Defendants' Domains are part of an elaborate "affiliate marketing" program, doing business as Celebrity Cash v.2.0 http://www.celebritycash.com ("Celebrity Cash").   As indicated above, the Celebrity Cash domain is one of the Defendants' Domains, and is owned by Defendant DMS.

30.     On information and belief, Celebrity Cash functions as a type of "online warehouse" for adult-oriented content on the Internet.  The Celebrity Cash program has numerous "affiliates" that can participate in the affiliate marketing program, and thus obtain adult content from the Celebrity Cash "online warehouse," and distribute and otherwise use said adult content on each affiliate's Internet website, such as the Defendants' Domains.

31.     On information and belief, as part of the Celebrity Cash affiliate marketing program, an "affiliate" may earn revenue in several different ways, such as the revenue sharing program, flat pay program, referral program or the incentive and reward program.   In short, affiliates receive a percentage of the revenue derived from every individual "member" who signs up for their website, and a percentage of every recurring monthly fee that each member pays while their account remains active. An affiliate can also earn revenue by referring other affiliates to the program.  The remainder of the money received from the members is paid to the owners of the Celebrity Cash program – DMS.

32.    On information and belief, all of the Defendants' Domains are affiliate websites in the Celebrity Cash affiliate marketing program.

33.    On information and belief, each of the Defendants copied, published, distributed, sold and publicly displayed Plaintiff's copyrighted Works, and prepared derivative works based upon the Works, on and through the Defendants' Domains.

34.    Further, on information and belief, the Defendants advertise for, and facilitate the distribution and sale of goods and services on the Defendants' Domains using Plaintiff's Works to generate sales for Defendants' Domains.

35.    On information and belief, as of February 26, 2010, the Works that appear on the Defendants' Domains include *over 100 unique instances* of infringement of Plaintiff's Works. Plaintiff is informed and believes and thereon alleges that Defendants' acts are continuing.

36.    Upon information and belief, the Defendants' business plan is based on the posting, display, performance and licensing of copyrighted photographic images and video works belonging to Plaintiff and others. In other words, on information and belief, the Defendants have deliberately and knowingly built a library of infringing works to draw Internet traffic to their websites, enabling them to gain a significant share of Internet traffic, increase the value of their business, earn revenue by distributing and selling advertising space and goods and services, and licensing content in the process.

37.    Upon information and belief, Defendants receive monthly recurring revenue, fees and additional sales as a result of paid memberships garnered from the infringement of Plaintiff's Works. The Defendants pay affiliates a percentage or flat fee of their total revenue, and third party companies receive fees for assisting in the process.

38.    Plaintiff has never authorized Defendants, or any of them, by license or otherwise, to copy, publish, distribute, sell or publicly display Plaintiff's copyrighted Works, nor has Plaintiff ever authorized Defendants, or any of them, to prepare derivative works based upon the Works.

39.    On or about March 3, 2010, Plaintiff provided written notice ("Infringement Notice") to each of the Defendants' Domains advising them of the infringement of Plaintiff's copyrighted Works as a result of the distribution, display, public performance and exploitation of the Works on Defendants' Domains and demanding that such actions cease immediately.  Despite receipt of this

1    Notice and demand that the Defendants' Domains cease and desist from such activities, the

2    infringement of Plaintiff's Works via the Defendants' Domains has continued unabated.

3         40.     Defendants have willfully infringed Plaintiff's copyrighted Works.

4         41.     Furthermore, by allowing affiliate websites and members to license Plaintiff's Works

5    for a fee, or for the purpose of selling their own goods and services, Defendants are inducing the

6    infringement of Plaintiff's Works.

7         42.     Plaintiff brings suit against each and every Defendant herein alleging copyright

8    infringement, unfair business practices and interference with prospective business advantage. Plaintiff

9    seeks both injunctive and monetary relief.

10                 **VII.**        **ATTORNEYS' FEES**

11         43.     By reason of the wrongful acts of Defendants, Plaintiff has been forced to retain

12    counsel to prosecute the present action. As a result, Plaintiff will incur attorneys' fees and litigation

13    costs in an amount yet to be fully ascertained, but which is reasonably expected to exceed Two

14    Hundred and Fifty Thousand Dollars ($250,000.00) should this matter proceed to trial. Plaintiff will

15    seek to amend this Complaint to set forth the full amount upon ascertainment of same.

16                 **VIII.**        **CLAIMS FOR RELIEF**

17                    **FIRST CLAIM FOR RELIEF**

18              **[Copyright Infringement -- Against All Defendants**

19           **(Copyright Act -- 17 U.S.C. Section 501, *et seq.*)]**

20         44.     Plaintiff repeats, realleges and incorporates by this reference, as though set forth in full

21    herein, paragraphs 1 through 43 above.

22         45.     At all times material hereto, Plaintiff is and has been the sole and exclusive copyright

23    owner of the Works.

24         46.     Plaintiff is informed and believes and thereon alleges from time to time Defendants,

25    and each of them, have infringed the copyrights in and to the Works by, *inter alia,* without Plaintiff's

26    express or implied authorization or consent, reproducing Plaintiff's copyrighted Works, distributing,

27    publicly performing and publicly displaying the Works to the public, and preparing derivative works

28    based upon the Works in violation of Plaintiff's exclusive rights under 17 U.S.C. §§ 106 (1), (2), (3)

(4) and (5). Specifically:

a.     Upon information and belief, the Defendants, without Plaintiff's express or implied authorization, consent or authority, are making, causing to be made, and purporting to authorize the making of unauthorized copies of Plaintiff's registered Works. Defendants' conduct constitutes direct infringement of Plaintiff's exclusive rights under the Copyright Act § 106 (1) to reproduce its copyrighted Works.

b.     Upon information and belief, the Defendants, without Plaintiff's express or implied authorization, consent or authority, have, and are preparing derivative works based upon Plaintiff's registered copyrighted Works by editing, cutting, reformatting, watermarking, and/or otherwise changing Plaintiff's Works before using them on Defendants' Domains. Defendants' conduct constitutes direct infringement of Plaintiff's exclusive right under the Copyright Act § 106 (2) to prepare derivative works based upon the copyrighted Work.

c.     Upon information and belief, the Defendants, without Plaintiff's express or implied authorization, consent or authority, are distributing Plaintiff's Works to the public on the Defendants' Domains. Defendants' conduct constitutes direct infringement of Plaintiff's exclusive rights under the Copyright Act § 106 (3) to distribute copies of its copyrighted Works.

d.     Upon information and belief, the Defendants, without Plaintiff's express or implied authorization, consent or authority, are publicly performing Plaintiff's copyrighted Works on the Defendants' Domains. Defendants' conduct constitutes direct infringement of Plaintiff's exclusive right under Copyright Act § 106 (4) to publicly perform its copyrighted Works.

e.     Upon information and belief, the Defendants, without Plaintiff's express or implied authorization, consent or authority, are publicly displaying and purporting to authorize the public display of Plaintiff's registered copyrighted Works on the Defendants' Domains. Defendants' conduct constitutes direct infringement of Plaintiff's exclusive rights under the Copyright Act §106 (5) to publicly display its Works.

47.     All of the foregoing acts of Defendants were and are without the authority of Plaintiff, the copyright owners of the Works.

48.     At no time has Plaintiff ever consented expressly or impliedly to the use, the

distribution or public performance or display of infringing copies of the Works by any of the Defendants herein.

49.     Defendant's acts of infringement have been willful, intentional, and purposeful, in disregard of and indifferent to the rights of Plaintiff.

50.     Defendants threaten to continue to act as alleged above, and unless restrained and enjoined, will continue to do so, all to Plaintiff's irreparable injury.  The amount of compensation which would afford adequate relief to Plaintiff for such continuing injury will be difficult to ascertain.  The wrongful acts of Defendants are of a continuing nature and will require a multiplicity of judicial proceedings.   Accordingly, Plaintiff's remedy at law is inadequate, and Plaintiff is entitled to preliminary and permanent injunctive relief to enjoin the wrongful conduct of Defendants alleged above.

51.     Notwithstanding the foregoing, as the direct and proximate result of the willful wrongful acts of Defendants, Plaintiff has sustained actual damages in an amount according to proof at trial, which is presently believed to exceed One Million Dollars ($1,000,000.00) or more. Alternatively, Plaintiff may seek statutory damages for willful copyright infringement as provided by law.

52.     Plaintiff will seek leave of Court to amend this Complaint when the full nature and extent of such monetary damages is ascertained.

53.     Furthermore, in acting as alleged above, Defendants acted willfully and therefore Plaintiff is entitled to additional damages in the form of punitive damages, by way of example and to punish Defendants, for willful copyright infringement and in the event Plaintiff seeks statutory damages, this Court should award the amount of One Hundred and Fifty Thousand Dollars ($150,000.00) for each act of infringement, or otherwise, according to proof.

54.     Furthermore, Plaintiff is entitled to its costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505, according to proof.

WHEREFORE, Plaintiff prays for relief as set forth below.

## SECOND CLAIM FOR RELIEF

**[Inducement of Copyright Infringement -- Against All Defendants]**

55.     Plaintiff hereby repeats and realleges the previous paragraphs 1-54 as though fully set forth herein.

56.     On information and belief, users and members of Defendants' Domains have infringed and are infringing Plaintiff's rights in its registered Works by, *inter alia*, downloading infringing copies of Plaintiff's copyrighted Works from the Defendants' Domains without Plaintiff's authorization. Affiliates, members and users of Defendants' Domains are directly infringing Plaintiff's exclusive rights in and to the Works.

57.     Defendants are liable under the Copyright Act for inducing the infringing acts of the affiliates, members and users of the Defendants' Domains.  On information and belief, the Defendants run the Defendants' Domains with the object and intent of promoting and encouraging the infringement of Plaintiff's Works and are thus unlawfully fostering copyright infringement by the affiliates, members and users of Defendants' Domains.

58.     On information and belief, Defendants are fully aware that the Plaintiff's Works are copyrighted that Plaintiff licenses them to third parties.  On information and belief, Defendants are also aware that affiliates, users and members of the Defendants' Domains are unlawfully reproduce, and publicly display Plaintiff's Works on their own websites, including the affiliate sites. On information and belief, the Defendants intend, encourage and induce users of Defendants' Domains to use Plaintiff's Works in this fashion.

59.     The Defendants' aforesaid acts of infringement are willful, intentional, and purposeful and in disregard to the exclusive rights of Plaintiff.

60.     Defendants threaten to continue to act as alleged above, and unless restrained and enjoined, will continue to do so, all to Plaintiff's irreparable injury.  The amount of compensation which would afford adequate relief to Plaintiff for such injury will be difficult to ascertain.  The wrongful acts of Defendants are of a continuing nature and will require a multiplicity of judicial proceedings.  Accordingly, Plaintiff's remedy at law is inadequate, and Plaintiff is entitled to preliminary and permanent injunctive relief to enjoin the wrongful conduct of Defendants alleged above.

61.     Notwithstanding the foregoing, as the direct and proximate result of the willful

1   wrongful acts of Defendants, Plaintiff has sustained actual damages in an amount according to proof at
2   trial, which is presently believed to exceed One Million Dollars ($1,000,000.00) or more.
3   Alternatively, Plaintiff may seek statutory damages for willful copyright infringement as provided by
4   law.

5       62.    Plaintiff will seek leave of Court to amend this Complaint when the full nature and
6   extent of such monetary damages is ascertained.

7       63.    Furthermore, in acting as alleged above, Defendants acted willfully and therefore
8   Plaintiff is entitled to additional damages in the form of punitive damages, by way of example and to
9   punish Defendants, for willful copyright infringement and in the event Plaintiff seeks statutory
10  damages, this Court should award the amount of One Hundred and Fifty Thousand Dollars
11  ($150,000.00) for each act of infringement, or otherwise.

12      64.    Furthermore, Plaintiff is entitled to its costs, including reasonable attorneys' fees,
13  pursuant to 17 U.S.C. § 505.

14      WHEREFORE, Plaintiff prays for relief as set forth below.

15  <div align="center">**THIRD CLAIM FOR RELIEF**</div>
16  <div align="center">**[Contributory Copyright Infringement -- Against All Defendants]**</div>

17      65.    Plaintiff hereby repeats and realleges the previous paragraphs 1-64 as though fully set
18  forth herein.

19      66.    On information and belief, affiliates, users and members of Defendants' Domains have
20  infringed and are infringing Plaintiff's rights in its registered copyrighted Works by, *inter alia*,
21  downloading infringing copies of Plaintiff's copyrighted Works from Defendants' Domains without
22  Plaintiff's authorization. Affiliates, members and users of Defendants' Domains are directly infringing
23  Plaintiff's exclusive rights in and to the Works.

24      67.    On information and belief, affiliates of Defendants' Domains have infringed and are
25  infringing Plaintiff's rights in its registered copyrighted Works by, *inter alia*, linking, pointing,
26  directing, promoting and/or offering for sale the content of Defendants' Domains by using infringing
27  copies of Plaintiff's copyrighted Works for a fee, services or benefit, all without Plaintiff's
28  authorization.

68.     Defendants are contributory infringers and are thus liable for the infringing acts of affiliates, members and users of Defendants' Domains.  Upon information and belief, Defendants, with knowledge of the infringing activity, induce, cause and materially contribute to the affiliates', members' and users' infringing conduct.  Defendants obtain a direct financial benefit from the public appeal of the infringing Works.  On information and belief, the Defendants engage in personal conduct that encourages and assists the infringement.

69.     Defendants threaten to continue to act as alleged above, and unless restrained and enjoined, will continue to do so, all to Plaintiff's irreparable injury.  The amount of compensation which would afford adequate relief to Plaintiff for such injury will be difficult to ascertain.  The wrongful acts of Defendants are of a continuing nature and will require a multiplicity of judicial proceedings.  Accordingly, Plaintiff's remedy at law is inadequate, and Plaintiff is entitled to preliminary and permanent injunctive relief to enjoin the wrongful conduct of Defendants alleged above.

70.     Notwithstanding the foregoing, as the direct and proximate result of the willful wrongful acts of Defendants, Plaintiff has sustained actual damages in an amount according to proof at trial,  which  is  presently  believed  to  exceed  One  Million  Dollars  ($1,000,000.00)  or  more.  Alternatively, Plaintiff may seek statutory damages for willful copyright infringement as provided by law.

71.     Plaintiff will seek leave of Court to amend this Complaint when the full nature and extent of such monetary damages is ascertained.

72.     Furthermore, in acting as alleged above, Defendants acted willfully and therefore Plaintiff is entitled to additional damages in the form of punitive damages, by way of example and to punish Defendants, for willful copyright infringement and, in the event Plaintiff seeks statutory damages, this Court should award the amount of One Hundred and Fifty Thousand Dollars ($150,000.00) for each act of infringement.

73.     Furthermore, Plaintiff is entitled to its costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505.

WHEREFORE, Plaintiff prays for relief as set forth below.

## FOURTH CLAIM FOR RELIEF

### [Vicarious Copyright Infringement -- Against All Defendants]

74.     Plaintiff hereby repeats and realleges the previous paragraphs 1-73 as though fully set forth herein.

75.     On information and belief, affiliates, users and members of Defendants' Domains have infringed and are infringing Plaintiff's rights in its registered copyrighted Works by, *inter alia*, downloading infringing copies of Plaintiff's copyrighted Works from Defendants' Domains without Plaintiff's authorization. Affiliates, members and users of Defendants' Domains are directly infringing Plaintiff's exclusive rights in and to the Works.

76.     Defendants are vicariously liable for the infringing acts of affiliates, members and users of Defendants' Domains.  Upon information and belief, Defendants have both the right and the ability to supervise and/or control affiliates', members' and users' infringing conduct, and to prevent affiliates, members and users of Defendants' Domains from infringing Plaintiff's Works.

77.     Defendants significantly and directly benefit from the widespread infringement of Plaintiff's Works by its users. The availability of the collection of infringing copyrighted Works on the Defendants' Domains, including Plaintiff's most popular and valuable Works, acts as a substantial draw to Defendants' Domains, attracting users to the those websites and increasing the amount of time spent there.

78.     The Defendants' aforesaid acts of infringement are willful, intentional, and purposeful and in disregard to the exclusive rights of Plaintiff.

79.     Defendants threaten to continue to act as alleged above, and unless restrained and enjoined, will continue to do so, all to Plaintiff's irreparable injury.  The amount of compensation which would afford adequate relief to Plaintiff for such injury will be difficult to ascertain.  The wrongful acts of Defendants are of a continuing nature and will require a multiplicity of judicial proceedings.  Accordingly, Plaintiff's remedy at law is inadequate, and Plaintiff is entitled to preliminary and permanent injunctive relief to enjoin the wrongful conduct of Defendants alleged above.

80.     Notwithstanding the foregoing, as the direct and proximate result of the willful

1   wrongful acts of Defendants, Plaintiff has sustained actual damages in an amount according to proof at

2   trial, which is presently believed to exceed One Million Dollars ($1,000,000.00) or more.

3   Alternatively, Plaintiff may seek statutory damages for willful copyright infringement as provided by

4   law.

5         81.   Plaintiff will seek leave of Court to amend this Complaint when the full nature and

6   extent of such monetary damages is ascertained.

7         82.   Furthermore, in acting as alleged above, Defendants acted willfully and therefore

8   Plaintiff is entitled to additional damages in the form of punitive damages, by way of example and to

9   punish Defendants, for willful copyright infringement and in the event Plaintiff seeks statutory

10  damages, this Court should award the amount of One Hundred and Fifty Thousand Dollars

11  ($150,000.00) for each act of infringement, or otherwise, according to proof.

12        83.   Furthermore, Plaintiff is entitled to its costs, including reasonable attorneys' fees,

13  pursuant to 17 U.S.C. § 505.

14        WHEREFORE, Plaintiff prays for relief as set forth below.

15  **FIFTH CLAIM FOR RELIEF**

16  **[Appropriation of Person's Name or Likeness Under Common Law -- Against All Defendants]**

17        84.   Plaintiffs hereby incorporate by reference Paragraphs 1 to 84 of this Complaint as

18  though the same were set forth herein.

19        85.   Plaintiff obtained the rights to the right of publicity of the Actor depicted in the Works

20  pursuant to a written Work for Hire Agreement, Assignment of Rights and Release dated June 6, 2005.

21        86.   Defendants, without Plaintiff's knowledge or consent, invaded Actor's right to privacy

22  by appropriating Actor's name and likeness by, *inter alia,* without Plaintiff's express or implied

23  authorization or consent, reproducing Plaintiff's copyrighted Works depicting Actor, distributing,

24  publicly performing and publicly displaying the Works depicting Actor to the public, and preparing

25  derivative works based upon the Works depicting Actor.

26        87.   The appropriation was unauthorized and without Plaintiff's or Actor's consent.

27        88.   Defendants' conduct involved the appropriation of Actor's name, likeness and identity

28  in contravention of Actor's rights of privacy, and Plaintiff's interest in that right.

89.     The appropriation was for Defendants' advantage, commercially and otherwise, in that it was for Defendants' pecuniary gain and profit, all as set forth herein.

90.     As a proximate result of the above appropriation by Defendants, Plaintiff has been deprived of the exclusive rights granted to it as a result of the Agreement they entered into with Actor to its general damage in an amount according to proof.

91.     Defendants have obtained and will continue to gain, profit and advantage as a result of their wrongful acts in an amount not yet determined, but believed to be in excess of TWO HUNDRED AND FIFTY THOUSAND DOLLARS ($250,000.00).   Plaintiff will seek to amend this Complaint when the exact amount is ascertained.

WHEREFORE, Plaintiff prays for relief as set forth below.

## SIXTH CAUSE OF ACTION

### [Appropriation of Person's Name and Likeness for a Commercial Purpose [Cal. Civ. Code §3344] -- Against All Defendants]

92.     Plaintiffs hereby incorporate by reference Paragraphs 1 to 91 of this Complaint as though the same were set forth herein.

93.     Plaintiff obtained the rights to the right of publicity of the Actor depicted in the Works pursuant to a Work for Hire Agreement, Assignment of Rights and Release dated June 6, 2005.

94.     Defendants, without Plaintiff's knowledge or consent, invaded the Actor's right to privacy by appropriating Actor's name and likeness by, *inter alia,* without Plaintiff's express or implied authorization or consent, reproducing Plaintiff's copyrighted Works depicting Actor, distributing, publicly performing and publicly displaying the Works depicting Actor to the public, and preparing derivative works based upon the Works depicting Actor.

95.     The appropriation was unauthorized and without Plaintiff's or Actor's consent, and was in violation of Cal. Civ. Code § 3344.

96.     Defendants' conduct involved the appropriation of Actor's name, likeness and identity in contravention of Actor's rights of privacy, and Plaintiff's interest in that right.

97.     The appropriation was for Defendants' advantage, commercially and otherwise, in that it was for Defendants' pecuniary gain and profit, all as set forth herein.

98.     As a proximate result of the above appropriation by Defendants, Plaintiff has been deprived of the exclusive rights granted to it as a result of the Agreement they entered into with Actor to its general damage in an amount according to proof.

99.     Defendants have obtained and will continue to gain, profit and advantage as a result of their wrongful acts in an amount not yet determined, but believed to be in excess of TWO HUNDRED AND FIFTY THOUSAND DOLLARS ($250,000.00).   Plaintiff will seek to amend this Complaint when the exact amount is ascertained.

WHEREFORE, Plaintiff prays for relief as set forth below.

## IX.     **PRAYER FOR RELIEF**

Plaintiff prays for judgment as follows:

1.     That the Defendants, and each of them, be temporarily, preliminarily and permanently enjoined from:

a.     in any manner infringing, contributing to infringement, or participating in the infringement by others, of any of the copyrights in Plaintiff's Works, and from acting in concert with, aiding or abetting others, to infringe any of the said copyrights in any way;

b.     engaging in any other activity related to Plaintiff's Works in any manner which is likely to cause others to falsely believe that Defendant's use of Plaintiff's Works is authorized, approved by, or licensed by Plaintiff;

c.     offering to do any of the acts enjoined in subparagraphs (a) and (b) above;

d.     assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in the above paragraphs (a) though (c) above; and

e.     from injuring plaintiff's business reputation, from competing unfairly with Plaintiff and from engaging in unfair and deceptive business practices.

2.     That Defendants, and each of them, be required to pay to Plaintiff actual damages according to proof, or, alternatively, statutory damages of up to THIRTY THOUSAND DOLLARS ($30,000.00) for each infringement of copyright.   If the Court finds that any infringement was committed willfully, Plaintiff prays for statutory damages up to ONE HUNDRED AND FIFTY THOUSAND DOLLARS ($150,000.00) for each willful infringement of any and each of the Works;

3. For punitive damages for sake of example by way of punishing Defendants in such amount as the Court may deem just and proper.

4. That Plaintiff recover attorneys' fees and costs of suit incurred herein; and

5. That Plaintiff has such other and further relief as this Court deems just and proper.

IDELL & SEITEL, LLP

Dated: August 25, 2010                    By: _____
                                          Richard J. Idell
                                          Owen Seitel
                                          *Attorneys for Plaintiff Falcon Foto, LLC*

## DEMAND FOR JURY TRIAL

The Plaintiff hereby demands a trial by jury in the above matter.

IDELL & SEITEL, LLP

Dated: August 25, 2010                    By: _____
                                          Richard J. Idell
                                          Owen Seitel
                                          *Attorneys for Plaintiff Falcon Foto, LLC*

EXHIBIT "A"

*FALCON FOTO, LLC v. DOMAIN MANAGEMENT SERVICES, LLC; I.C.G. – INTERNET COMMERCE GROUP, INC.; et al.*

**Defendants**



EXHIBIT "B"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-374-896**

VAU00013749796

**JUN 22 2006**
Month        Day        Year

E CONTINUATION SHEET.
RK OF THIS WORK ▼ See Instructions

PHOTOGRAPH

**SIZEMORE PHOTO 1**
Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**NAME OF AUTHOR ▼**
**FALCON FOTO, LLC**

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in   USA

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☒ No    If the answer to either
Pseudonymous?  ☐ Yes  ☒ No    of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es) See instructions
☐ 3-Dimensional sculpture   ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork     ☒ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work

Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No    If the answer to either
Pseudonymous?  ☐ Yes  ☐ No    of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es) See instructions
☐ 3-Dimensional sculpture   ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Year in Which Creation of This Work Was Completed
**2005**
Year In all cases.
This information must be given ONLY if this work has been published.

Date and Nation of First Publication of This Particular Work
Complete this information Month **AUGUST**  Day **1**  Year **2005**
                                              **USA**                          Nation

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
**FALCON FOTO, LLC**
**14300 LITTLE TUJUNGA CANYON RD, SYLMAR, CA 91342**

APPLICATION RECEIVED
**JUN 22 2006**
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
**JUN 22 2006**
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                • See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FORM V

FOR
COPYRIG
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a.  ☐ This is the first published edition of a work previously registered in unpublished form.
b.  ☐ This is the first application submitted by this author as copyright claimant.
c.  ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before complet
this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼          **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

FALCON FOTO, LLC
14300 LITTLE TUJUNGA CANYON RD
SYLMAR. CA 91342

Area code and daytime telephone number   ( 818 ) 890 6111          Fax number   ( 818 ) 834 4668
Email   GHARRIS@FALCONFOTO.COM

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   FALCON FOTO, LLC
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
JASON TUCKER                                                     Date  06 -14 -06

Handwritten signature (X) ▼
X

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
FALCON FOTO, LLC

Number/Street/Apt ▼
14300 LITTLE TUJUNGA CANYON RD

City/State/ZIP ▼
SYLMAR, CA 91342

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT ...

**VA 1–374–894**

JUN 22 2006

CONTINUATION SHEET.

LE OF THIS WORK ▼ see Instructions

PHOTOGRAPH

**SIZEMORE PHOTO 2**

Previous or Alternative Titles ▼

Publication as a Contribution  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

NAME OF AUTHOR ▼
**FALCON FOTO, LLC**

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
Domiciled in **USA**

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map         ☐ Technical drawing
☐ 2-Dimensional artwork     ☑ Photograph  ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

Name of Author ▼

Dates of Birth and Death
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
Domiciled in

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map         ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph  ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Year in Which Creation of This Work Was Completed  **2005**
This information must be given ONLY if this work has been published.

Date and Nation of First Publication of This Particular Work
Month **AUGUST**  Day **1**  Year **2005**
**USA**
Nation

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

**FALCON FOTO, LLC**
**14300 LITTLE TUJUNGA CANYON RD, SYLMAR, CA 91342**

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

ONE DEPOSIT RECEIVED
JUN 22 2006

TWO DEPOSITS RECEIVED
JUN 22 2006

See instructions before completing this space.

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**                                                              **Account Number ▼**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

FALCON FOTO, LLC
14300 LITTLE TUJUNGA CANYON RD
SYLMAR, CA 91342

Area code and daytime telephone number    ( 818 ) 890 6111              Fax number    ( 818 ) 834 4668

Email    GHARRIS@FALCONFOTO.COM

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                                        ☐ author
                                                        ☐ other copyright claimant
check only one ▶                                        ☐ owner of exclusive right(s)
                                                        ☒ authorized agent of  FALCON FOTO, LLC
                                                           Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
JASON TUCKER                                                        Date  06-14-06

Handwritten signature (X) ▼

X

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
FALCON FOTO, LLC

Number/Street/Apt ▼
14300 LITTLE TUJUNGA CANYON RD

City/State/ZIP ▼
SYLMAR, CA 91342

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ⊕ Printed on recycled paper                                U.S. Government Printing Office  2003-496-605/60,029

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1 – 374 – 895**

JUN 22 2006

SEE CONTINUATION SHEET.
NATURE OF THIS WORK ▼ See Instructions

PHOTOGRAPH

**SIZEMORE PHOTO 3**
Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**NAME OF AUTHOR ▼**
FALCON FOTO, LLC

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in **USA**

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☑ No
Pseudonymous?   ☐ Yes   ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☑ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

Year in Which Creation of This Work Was Completed   **2005**   Year   This information must be given ONLY if this work has been published.

Date and Nation of First Publication of This Particular Work   Month **August**   Day **1**   Year **2005**   **USA**   Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
FALCON FOTO, LLC
14300 LITTLE TUJUNGA CANYON RD, SYLMAR, CA 91342

JUN 22 2006 ONE DEPOSIT RECEIVED

JUN 22 2006 TWO DEPOSITS RECEIVED

FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FORM V

FOR
COPYRIG
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No. If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼                Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before complet
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

FALCON FOTO, LLC
14300 LITTLE TUJUNGA CANYON RD
SYLMAR. CA 91342

Area code and daytime telephone number    ( 818 ) 890 6111          Fax number    ( 818 ) 834 4668

Email    GHARRIS@FALCONFOTO.COM

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶    ☐ author
                    ☐ other copyright claimant
                    ☐ owner of exclusive right(s)
                    ☑ authorized agent of    FALCON FOTO, LLC
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
JASON TUCKER                                      Date 06 -14 -06

Handwritten signature (X) ▼

X

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
FALCON FOTO, LLC

Number/Street/Apt ▼
14300 LITTLE TUJUNGA CANYON RD

City/State/ZIP ▼
SYLMAR, CA 91342

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

VA 1-374-897

JUN 22 2006
Month   Day   Year

E CONTINUATION SHEET.

UE OF THIS WORK ▼ See Instructions

**SIZEMORE PHOTO 4**
PHOTOGRAPH
Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

NAME OF AUTHOR ▼
FALCON FOTO, LLC

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
      Domiciled in  USA

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☒ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
      Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

Year in Which Creation of This Work Was Completed
2005
This information must be given ONLY if this work has been published.

Date and Nation of First Publication of This Particular Work
Month AUGUST   Day 1   Year 2005
Nation USA

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
FALCON FOTO, LLC
14300 LITTLE TUJUNGA CANYON RD, SYLMAR, CA 91342

APPLICATION RECEIVED
JUN 22 2006
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
JUN 22 2006

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                • See detailed instructions.                • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see Instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

See instructions before completing this space.

EXAMINED BY   46

CHECKED BY

☐ CORRESPONDENCE
  ☐ Yes

FORM V

FOR
COPYRIG
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼      **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before complet
this space

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼      Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

**FALCON FOTO, LLC**
**14300 LITTLE TUJUNGA CANYON RD**
**SYLMAR, CA 91342**

Area code and daytime telephone number   ( 818 ) 890 6111      Fax number   ( 818 ) 834 4668

Email   **GHARRIS@FALCONFOTO.COM**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   **FALCON FOTO, LLC**
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲
}

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
**JASON TUCKER**      Date ▶ **06 - 14 - 06**

Handwritten signature (X) ▼
X

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
**FALCON FOTO, LLC**

Number/Street/Apt ▼
**14300 LITTLE TUJUNGA CANYON RD**

City/State/ZIP ▼
**SYLMAR, CA 91342**

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ♻ Printed on recycled paper      U.S. Government Printing Office: 2003-496-605/60,029

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-344-286**

EFFECTIVE DATE OF REGISTRATION

Month 6   Day 22   Year 06

---

**1**

TITLE OF THIS WORK ▼

**SIZEMORE_VIDEO_1**

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

**MOTION PICTURE**

---

**2**

**a** NAME OF AUTHOR ▼

**FALCON FOTO, LLC**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of _____ **USA**
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given ▼ in all cases.   **2005** Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK   Complete this information ONLY if this work has been published.
Month **AUGUST**   Day **1**   Year **2005**
Nation **USA**

---

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

**FALCON FOTO, LLC**
**14500 LITTLE TUJUNGA CANYON RD**
**LAKEVIEW TERRACE, CA 91342**

APPLICATION RECEIVED
**JUN 22 2006**
ONE DEPOSIT RECEIVED
**JUN 22 2006**
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ____ pages

EXAMINED BY _NLG_

CHECKED BY

☒ CORRESPONDENCE
☐ Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is Yes, give Previous Registration Number ▼     Year of Registration ▼

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a Name ▼     Account Number ▼

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

FALCON FOTO, LLC
14300 LITTLE TUJUNGA CANYON RD, LAKEVIEW TERRACE, CA 91342

Area code and daytime telephone number ( 818 ) 890-6111     Fax number ( 818 ) 834-4668
Email tucker@falconfoto.com

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of FALCON FOTO, LLC
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

JASON TUCKER     Date JUNE 14, 2006

Handwritten signature (X) ▼
x _[signature]_

**9**
Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
FALCON FOTO, LLC
Number/Street/Apt ▼
14300 LITTLE TUJUNGA CANYON RD
City/State/ZIP ▼
LAKEVIEW TERRACE, CA 91342

Complete all necessary spaces
Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev June 2002—20,000   Web Rev June 2002   ♻ Printed on recycled paper     U.S. Government Printing Office: 2000-461 113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1 – 344 – 299**

EFFECTIVE DATE OF REGISTRATION

Month 6  Day 02  Year 06

---

ATE CONTINUATION SHEET

## 1

TITLE OF THIS WORK ▼

**SIZEMORE_VIDEO 2**

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

**MOTION PICTURE**

## 2

**a** NAME OF AUTHOR ▼
**FALCON FOTO, LLC**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire ?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in **USA** _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed  ▼

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given Year in all cases.
**2005**

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month **AUGUST**  Day **1**  Year **2005**
Nation **USA**

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
**FALCON FOTO, LLC**
**14300 LITTLE TUJUNGA CANYON RD**
**LAKEVIEW TERRACE, CA 91342**

APPLICATION RECEIVED
**JUN 2 2 2006**
ONE DEPOSIT RECEIVED
**JUN 2 2 2006**
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY _NG_      FORM FA

CHECKED BY _____

☒ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is Yes, give: **Previous Registration Number** ▼      **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions
before completing
this space

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼      Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

FALCON FOTO, LLC
14300 LITTLE TUJUNGA CANYON RD, LAKEVIEW TERRACE, CA 91342

**b**

Area code and daytime telephone number ( 818 ) 890-6111      Fax number ( 818 ) 834-4668

Email tucker@falconfoto.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of FALCON FOTO, LLC

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

JASON TUCKER      Date JUNE 14, 2006

Handwritten signature (X) ▼  x _[signature]_

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
FALCON FOTO, LLC
Number/Street/Apt ▼
14300 LITTLE TUJUNGA CANYON RD
City/State/ZIP ▼
LAKEVIEW TERRACE, CA 91342

Complete all necessary spaces
Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

**9**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ♻ Printed on recycled paper      U.S. Government Printing Office: 2000-461 113/20,021

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-344-300**

EFFECTIVE DATE OF REGISTRATION

Month **6** Day **22** Year **06**

DATE CONTINUATION SHEET

---

**1**

**TITLE OF THIS WORK ▼**

SIZEMORE_VIDEO_3

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE

---

**2**

**a** **NAME OF AUTHOR ▼**

FALCON FOTO, LLC

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of _____
Domiciled in USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☑ No
Pseudonymous?  ☐ Yes   ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**NOTE**
Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?  ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?  ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month AUGUST   Day 1   Year 2005   Nation USA

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

FALCON FOTO, LLC
14300 LITTLE TUJUNGA CANYON RD
LAKEVIEW TERRACE, CA 91342

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUN 22 2006

ONE DEPOSIT RECEIVED
JUN 22 2006

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY *NVb*                                    FORM PA

CHECKED BY

☒ CORRESPONDENCE                                     FOR
   Yes                                               COPYRIGHT
                                                     OFFICE
                                                     USE
                                                     ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?       **5**
☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼ If your answer is No, do not check box A, B or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼              **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.    **a** **6**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
                                                                              See instructions
                                                                              before completing
                                                                              this space

**Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed. ▼   **b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.   **a** **7**
**Name** ▼                                    **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼   **b**
FALCON FOTO, LLC
14300 LITTLE TUJUNGA CANYON RD, LAKEVIEW TERRACE, CA 91342

Area code and daytime telephone number   ( 818 ) 890-6111              Fax number   ( 818 ) 834-4668
Email *tucker@falconfoto.com*

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the    **8**
                                                  ☐ author
                     Check only one ▶ {          ☐ other copyright claimant
                                                  ☐ owner of exclusive right(s)
                                                  ☒ authorized agent of  **FALCON FOTO, LLC**
                                                     Name of author or other copyright claimant, or owner of exclusive right(s) ▲
           of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
**JASON TUCKER**                                                    Date   **JUNE 14, 2006**

☞        Handwritten signature (X) ▼
         x  *[signature]*

Certificate       **Name** ▼                                          **9**
will be           FALCON FOTO, LLC
mailed in         **Number/Street/Apt** ▼
window            14300 LITTLE TUJUNGA CANYON RD
envelope          **City/State/ZIP** ▼
to this           LAKEVIEW TERRACE, CA 91342
address

Library of Congress
Copyright Office
101 Independence Avenue  S.E.
Washington, D.C. 20559-6000

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

Rev June 2002—20,000   Web Rev June 2002   ⬤ Printed on recycled paper                    U.S. Government Printing Office: 2000-461 113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-344-285**

EFFECTIVE DATE OF REGISTRATION

Month **6** Day **22** Year **06**

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**

SIZEMORE_VIDEO_4

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE

## 2

**a**
**NAME OF AUTHOR ▼**

FALCON FOTO, LLC

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of _____
Domiciled in USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

### NOTE

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month AUGUST   Day 1   Year 2005
USA
Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

FALCON FOTO, LLC
14300 LITTLE TUJUNGA CANYON RD
LAKEVIEW TERRACE, CA 91342

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUN 22 2006

ONE DEPOSIT RECEIVED
JUN 22 2006

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

See instructions before completing this space.

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

| EXAMINED BY | *NB* | FORM FA |
|---|---|---|
| CHECKED BY | | |
| ☒ CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is Yes, give: **Previous Registration Number ▼**       **Year of Registration ▼**

**6 DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space.

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a. Name ▼       Account Number ▼

b. **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
**FALCON FOTO, LLC**
**14300 LITTLE TUJUNGA CANYON RD, LAKEVIEW TERRACE, CA 91342**
Area code and daytime telephone number ( 818 ) 890-6111       Fax number ( 818 ) 834-4668
Email tucker@falconfoto.com

**8 CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **FALCON FOTO, LLC**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
**JASON TUCKER**       Date **JUNE 14, 2006**
Handwritten signature (X) ▼
x

**9 Certificate will be mailed in window envelope to this address**
Name ▼
**FALCON FOTO, LLC**
Number/Street/Apt ▼
**14300 LITTLE TUJUNGA CANYON RD**
City/State/ZIP ▼
**LAKEVIEW TERRACE, CA 91342**

Complete all necessary spaces • Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E
Washington, D.C. 20559-6000

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000 Web Rev June 2002 ● Printed on recycled paper       U.S. Government Printing Office: 2000-461 113/20 021

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1 – 344 – 280**

EFFECTIVE DATE OF REGISTRATION

Month 6  Day 22  Year 06

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**

SIZEMORE_VIDEO_5

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE

---

**2**

**a**  **NAME OF AUTHOR ▼**

FALCON FOTO, LLC

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

Was this contribution to the work a work made for hire?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in USA }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005 Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month AUGUST  Day 1  Year 2005  Nation USA

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

FALCON FOTO, LLC
14800 LITTLE TUJUNGA CANYON RD
LAKEVIEW TERRACE, CA 91342

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
JUN 22 2006
ONE DEPOSIT RECEIVED
JUN 22 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page. See detailed instructions.  Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

| EXAMINED BY | _NB_ | FORM PA |
|---|---|---|
| CHECKED BY | | |

☐ CORRESPONDENCE
  Yes

**FOR
COPYRIGHT
OFFICE
USE
ONLY**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
**a** Name ▼        Account Number ▼

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
**FALCON FOTO, LLC**
**14300 LITTLE TUJUNGA CANYON RD, LAKEVIEW TERRACE, CA 91342**

Area code and daytime telephone number ( 818 ) 890-6111        Fax number ( 818 ) 834-4668
Email tucker@falconfoto.com

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
  ☐ author
  ☐ other copyright claimant
  ☐ owner of exclusive right(s)
  ☑ authorized agent of **FALCON FOTO, LLC**
      Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
**JASON TUCKER**        Date **JUNE 14, 2006**

Handwritten signature (X) ▼
  X

**9**

Certificate
will be
mailed in
window
envelope
to this
address.

| Name ▼ |
|---|
| **FALCON FOTO, LLC** |
| Number/Street/Apt ▼ |
| **14300 LITTLE TUJUNGA CANYON RD** |
| City/State/ZIP ▼ |
| **LAKEVIEW TERRACE, CA 91342** |

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev June 2002—20,000   Web Rev June 2002   ● Printed on recycled paper
U.S. Government Printing Office: 2000-461 113/20,021

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Christina A. Snyder and the assigned discovery Magistrate Judge is Jacqueline Chooljian.

The case number on all documents filed with the Court should read as follows:

## CV10- 6469 CAS  (JCx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===========================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:
Richard J. Idell (SBN 69033)
Owen Seitel (SBN 137365)
Idell & Seitel, LLP
465 California Street, Suite 300
San Francisco, CA 94104

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FALCON FOTO, LLC, a California limited liability company,<br><br><div align=right>PLAINTIFF(S)</div><br>v.<br><br>DOMAIN MANAGEMENT SERVICES LLC, an Arizona limited liability company; I.C.G. - INTERNET COMMERCE GROUP INC., an Arizona corporation; and DOES 1 - 1,000, inclusive<br><br><div align=right>DEFENDANT(S).</div> | CASE NUMBER<br><br>**CV10  6469 CAS(JCx)**<br><br><br>**SUMMONS** |

TO:   DEFENDANT(S): _____

_____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney,  Richard Idell & Owen Seitel _____, whose address is Idell & Seitel, LLP, 465 California Street, Suite 300, San Francisco, CA 94104 _____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:     AUG 30 2010
_____

By: _____

**CHRISTOPHER POWERS**

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

ORIGINAL