1  RICHARD J. IDELL (SBN 69033)
2  OWEN SEITEL (SBN 137365)
   ELIZABETH J. REST (SBN 244756)
3  IDELL & SEITEL LLP
4  465 California Street, Suite 300
   San Francisco, CA 94104
5  Telephone: (415) 986-2400
6  Facsimile: (415) 392-9259
   Email: RIdell@idellseitel.com
7          OSeitel@idellseitel.com
8          ERest@idellseitel.com
9  *Attorneys for Plaintiff Falcon Foto, LLC*

10 DAVID S. GINGRAS, CSB #218793
11 Gingras Law Office, PLLC
   3941 E. Chandler Blvd., #106-243
12 Phoenix, AZ 85048
13 Telephone: (480) 668-3623
   Facsimile: (480) 248-3196
14 Email: David@GingrasLaw.com
15 *Attorneys for Defendant I.C.G. – Internet Commerce*
16 *Group, Inc.*

17              UNITED STATES DISTRICT COURT
18              CENTRAL DISTRICT OF CALIFORNIA
19

| | |
|---|---|
| 20 FALCON FOTO, LLC, a California limited liability company, | CASE NO.: CV10-6469 CAS (JCx) |
| 22              Plaintiff, | **STIPULATION FOR CONDITIONAL DISMISSAL WITHOUT PREJUDICE [FED. R. CIV. P. 41(a)(1)(A)(ii)]** |
| 23       v. | |
| 24 I.C.G. – INTERNET COMMERCE GROUP INC., an Arizona corporation; and DOES 1 – 1,000, inclusive, | |
| 26              Defendants. | **Judge Christina Snyder, Presiding Magistrate Judge Jacqueline Chooljian** |
| 28 | **Complaint Filed:** August 30, 2010 |

**First Amended Complaint Filed**:
October 15, 2010

(E-Filing)

Plaintiff FALCON FOTO, LLC, a California limited liability company ("Plaintiff" or "Falcon"), on the one hand, and Defendant I.C.G. – INTERNET COMMERCE GROUP INC., an Arizona corporation ("Defendant" or "ICG"), on the other hand, hereby stipulate as follows:

## RECITALS

WHEREAS, Plaintiff and Defendant have reached a settlement of this matter and have executed a settlement agreement; and

WHEREAS, the terms and conditions of the settlement agreement shall not be completed until in or about May of 2013; and

WHEREAS, Plaintiff and Defendant have agreed that this action should be conditionally dismissed, without prejudice, until such time as the terms and conditions of settlement are completed; and

WHEREAS, Plaintiff and Defendant agree that the Court in this action shall retain jurisdiction of this matter for the purposes of enforcing the settlement agreement; and

WHEREAS, Plaintiff and Defendant have agreed that, upon completion of the terms of settlement, Plaintiff shall file a Stipulation For Dismissal With Prejudice; and

WHEREAS, Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure provides that this action may be dismissed without a Court order by filing a stipulation of dismissal signed by all parties who have appeared;

//
//
//
//
//

## STIPULATION

NOW THEREFORE, Plaintiff and Defendant, by and through their respective undersigned counsel, hereby agree and stipulate that this action shall be conditionally dismissed, without prejudice, on the condition that the terms of settlement are completed.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

IDELL & SEITEL, LLP

Dated: June 15, 2011      By:    /Owen Seitel/
                                 Richard J. Idell
                                 Owen Seitel
                                 Elizabeth J. Rest
                                 *Attorneys for Plaintiff Falcon Foto, LLC*

GINGRAS LAW OFFICE, PLLC

Dated: June 15, 2011      By:    /David S. Gingras/
                                 David S. Gingras
                                 *Attorneys for Defendant I.C.G. – Internet Commerce Group, Inc.*

## ATTESTATION OF CONCURRENCE

I, Owen Seitel, attest that I am one of the attorneys for Plaintiff FALCON FOTO, LLC, and as the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from David S. Gingras, the above signatory.

Dated: June 15, 2011      By:    /Owen Seitel/
                                 Owen Seitel

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Idell & Seitel LLP, 465 California Street, Suite 300, San Francisco, California 94104.

On June 15, 2011, I served the following document(s):

**STIPULATION FOR CONDITIONAL DISMISSAL WITHOUT PREJUDICE [FED. R. CIV. P. 41(a)(1)(A)(ii)]**

☒ by **ELECTRONIC MAIL.** As this case is subject to the United States District Court for the Central District of California ECF program, pursuant to Local Rule 5-4, upon the filing of the above-entitled document(s) an automatically generated e-mail message was generated by the Court's electronic filing system and sent to the address(es) shown below and constitutes service on the receiving party.

☐ by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Idell & Seitel LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

☐ by **E-MAIL TRANSMISSION**, by electronically transmitting a true and correct copy of the document(s) in Adobe Acrobat format to the electronic mail addresses indicated below:

David S. Gingras
Gingras Law Office, PLLC
3941 E. Chandler Boulevard, #106-243
Phoenix, Arizona 85048
Telephone: (480) 668-3623
Facsimile: (480) 248-3196
Email: David@GingrasLaw.com
*Attorneys for Defendants*

1 |     I certify and declare under penalty of perjury under the laws of the State of
2 | California that the foregoing is true and correct and I executed this declaration at San
3 | Francisco, California. Executed on June 15, 2011.

                                               */s/ Susan DiNenno*
                                               Susan DiNenno